UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SANDRA L. WOFFORD                                               PLAINTIFF

v.                                       CIVIL ACTION NO.: 1:08CV87-DAS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                 DEFENDANT

## ORDER EXTENDING THE TIME FOR FILING BRIEFS

Upon further review of the record of this case, the Court finds that by Order dated July 23, 2008, the parties were directed to file briefs, and this case was set for oral argument on December 23, 2008. Subsequently, the parties consented to magistrate jurisdiction. Then, on August 28, 2008, this case was reassigned to the undersigned magistrate judge. By Order dated September 12, 2008, the Court granted the plaintiff's first motion [doc. 11] for an extension of time in which to file her brief. On September 23, 2008, the plaintiff filed a second motion for an extension of time [doc. 14], which the Court granted by Order dated October 3, 2008. The Court now finds that it has been over two months since the deadline for the filing of the plaintiff's brief, and the plaintiff has yet to file a brief or request and extension of time. Accordingly,

**IT IS ORDERED:**

1. That the Court finds no need for oral argument at this time, and the hearing set for December 23, 2008, is hereby

**CANCELLED**;

2. That the Plaintiff shall file her brief on or before December 30, 2008, and the defendant shall have thirty (30) days from the filing of the plaintiff's brief within which to file a response; and

3. That the plaintiff shall not be granted any further extensions of time in this case, and any failure by the plaintiff to timely comply with this order may lead to dismissal of this case for failure to prosecute and for failure to obey an order of the Court.

THIS, the 17th day of December, 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE