IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SANDRA L. WOFFORD

VS.                                        CIVIL ACTION NO. 1:08CV87-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

## ORDER

    This matter is before the court on motion of the claimant to dismiss the action (# 17).

With her motion, the claimant states after giving careful consideration to the substantive issues,

she has opted to forego judicial review of the administration's final decision.  After considering

the matter, the court finds the motion to be well taken.

    IT IS THEREFORE ORDERED that the claimant's motion to dismiss (# 17) is hereby

GRANTED.  The present action is dismissed with prejudice.

    SO ORDERED, this the 8th day of January 2009.


                    /s/ David A. Sanders
                    UNITED STATES MAGISTRATE JUDGE